**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7972

WAYNE RUSH MEADOWS,

Plaintiff - Appellant,

versus

E. G. FELDMAN, Sheriff; DANNY T. CALL, Investigator; TIMOTHY K. SANNERS, Commonwealth Attorney, Orange County,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-03-101)

Submitted: February 19, 2004          Decided: February 26, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Rush Meadows, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Rush Meadows seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Meadows v. Feldman, No. CA-03-101 (W.D. Va. Dec. 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED